UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THEODOSIA BILLIE STREETS,

                Plaintiff,

-against-

DANIEL MANGENA a.k.a LINDANI
MANGENA, DREAMER HQ, INC.,
FINANCIAL FREEDOM IN A BOX a.k.a
FINANCIAL ABUNDANCE UNLEASHED, and
POTB ENTERPRISES, LLC,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2023
```

23 Civ. 10648 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 11, 2023, the Court directed the parties to file a joint letter and proposed case management plan by February 9, 2024. ECF No. 7. The parties filed a proposed case management plan on February 8, 2024. ECF No. 12. The Court, however, did not receive a joint letter as described in ECF No. 7 ¶ 4. The Court cannot evaluate the parties' proposed case management plan without the joint letter.

    Accordingly, by **March 4, 2024**, the parties shall resubmit their proposed case management plan with a joint letter "addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s), (2) any contemplated motions, and (3) the prospect for settlement." ECF No. 7 ¶ 4.

    SO ORDERED.

Dated: February 12, 2024
       New York, New York

                                               ANALISA TORRES
                                     United States District Judge