UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODOSIA BILLIE STREETS,

           Plaintiff,

-against-

DANIEL MANGENA a.k.a LINDANI MANGENA, DREAMER HQ, INC., FINANCIAL FREEDOM IN A BOX a.k.a FINANCIAL ABUNDANCE UNLEASHED, and POTB ENTERPRISES, LLC,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/17/2024_

23 Civ. 10648 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Counsel for Defendants Daniel Mangena and Dreamer HQ, Inc. appeared in this action on March 6, 2024. ECF No. 22. By **May 1, 2024**, Plaintiff shall update the Court on the status of alternative service to Defendant POTB Enterprises, LLC, and the other Defendants that have yet to appear.

    Additionally, by **May 10, 2024**, the parties shall file a joint letter and proposed case management plan, and indicate whether they consent to conduct further proceedings before the assigned magistrate judge. *See* ECF Nos. 6, 7.

    SO ORDERED.

Dated: April 17, 2024
       New York, New York

                                            ANALISA TORRES
                                     United States District Judge