```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THEODOSIA BILLIE STREETS,

                       Plaintiff,

        -against-

DANIEL MANGENA a.k.a LINDANI
MANGENA, DREAMER HQ, INC.,
FINANCIAL FREEDOM IN A BOX a.k.a
FINANCIAL ABUNDANCE UNLEASHED, and
POTB ENTERPRISES, LLC,

                       Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/14/2024_

23 Civ. 10648 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 17, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by May 10, 2024. ECF No. 24.

Although the parties submitted a proposed case management plan, ECF No. 27, they have not filed a joint letter in compliance with the Court's initial pretrial scheduling order. *See* ECF No. 7 at 2. The Court cannot evaluate the proposed case management plan without a joint letter containing the requisite information. Further, fact discovery shall not extend beyond 120 days, unless the Court finds that the case presents unique complexities or other exceptional circumstances. The letter should, therefore, also address the parties' proposed discovery period ending in December 2024.

Accordingly, by **May 21, 2024**, the parties shall submit their joint letter and resubmit their proposed case management plan in accordance with the Court's order at ECF No. 7.

SO ORDERED.

Dated: May 14, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge