UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODOSIA BILLIE STREETS,

                              Plaintiff,

              -against-

DANIEL MANGENA a.k.a LINDANI
MANGENA, DREAMER HQ, INC., FINANCIAL
FREEDOM IN A BOX a.k.a FINANCIAL
ABUNDANCE UNLEASHED, and POTB
ENTERPRISES, LLC,

                              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/6/2024
```

23 Civ. 10648 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Federal Rule of Civil Procedure 4(m) requires a defendant be served "within 90 days after the complaint is filed."  The complaint in this action was filed on December 6, 2023.  Ninety days have elapsed, and Defendant Financial Freedom in a Box has not been served.

On May 1, 2024, the Court directed Plaintiff by May 30, 2024, to show cause as to why the Court should not dismiss the complaint against Defendant Financial Freedom in a Box.  ECF No. 26. No submission has been received.

Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), the complaint is DISMISSED without prejudice as to Defendant Financial Freedom in a Box.

SO ORDERED.

Dated:  June 6, 2024
        New York, New York

_____
ANALISA TORRES
United States District Judge