```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/05/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Theodosia Billie Streets,

                Plaintiff,

-against-

Daniel Mangena *a/k/a* Lindani Mangena,
Dreamer HQ Inc., Financial Freedom in a Box
*a/k/a* Financial Abundance Unleashed,
POTB Enterprises, LLC,

                Defendants.

1:23-cv-10648 (AT) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      The Court is in receipt of the motion filed by Aaron H. Pierce, Esq. ("Pierce") seeking leave to withdraw as counsel for Defendant Dreamer HQ Inc. ("Dreamer HQ" and the "MTW"). (Def.'s 8/5/24 MTW, ECF No. 55; Pierce Cert., ECF No. 55-1; Proposed Order, ECF No. 55-2.)

      No later than Thursday, August 8, 2024, Pierce shall serve a copy of this Order and his filings at ECF Nos. 55, 55-1, and 55-2 upon Dreamer HQ and file proof of service to the ECF docket. No later than Friday, August 16, 2024, Dreamer HQ shall supply Pierce any opposition it has to the MTW. As soon as practicable, but no later than Tuesday, August 20, 2024, Pierce shall file any opposition papers that he receives from Dreamer HQ, or if none, so apprise the Court by way of letter, served upon Dreamer HQ, and proof of such service filed to the ECF docket.

      Dreamer HQ is forewarned that a corporation cannot appear *pro se* and "may appear in the federal courts only through licensed counsel." *Grace v. Bank Leumi Trust Co.*, 443 F.3d 180, 192 (2d Cir. 2006). Thus, if the MTW is granted, and Dreamer HQ fails to appear by successor counsel, a default may be entered against it. *See La Barbera v. Fed. Metal & Glass Corp.*, 666 F.

Supp. 2d 341, 348 (E.D.N.Y. 2009) (holding "a failure to obtain counsel constitutes a failure to defend because corporations cannot proceed in federal court *pro se*") (citing *Shapiro, Bernstein & Co. v. Continental Record Co.*, 386 F.2d 426, 427 (2d Cir. 1967) and *Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983)).

**SO ORDERED.**

Dated: New York, New York
August 5, 2024

_____
STEWART D. AARON
United States Magistrate Judge

2