```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/1/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODOSIO BILLIE STREETS,

        Plaintiff,

-against-

DANIEL MANGENA a.k.a. LINDANI MANGENA, DREAMER HQ, INC., FINANCIAL FREEDOM IN A BOX a.k.a. FINANCIAL ABUNDANCE UNLEASHED, and POTB ENTERPRISES, LLC,

        Defendants.

23 Civ. 10648 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for October 8, 2024, is ADJOURNED *sine die*.

SO ORDERED.

Dated: October 1, 2024
      New York, New York

ANALISA TORRES
United States District Judge