UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODOSIA BILLIE STREETS,

        Plaintiff,

-against-

DANIEL MANGENA a.k.a. LINDANI MANGENA, and DREAMER HQ, INC.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/8/2024_

23 Civ. 10648 (AT) (SDA)

**ORDER ADOPTING REPORT & RECOMMENDATION**

ANALISA TORRES, District Judge:

    Having received no objection to the Honorable Stewart D. Aaron's October 18, 2024 report and recommendation ("R&R"), the Court has reviewed the R&R and finds "no clear error on the face of the record." *Urena v. New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001) (quoting *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)). Accordingly, the Court ADOPTS the thorough and well-reasoned R&R.

    The Clerk of Court is respectfully directed to STRIKE Defendant Mangena's answer, ECF No. 23, and to issue a certificate of default as to Mangena.

    SO ORDERED.

Dated: November 8, 2024
       New York, New York

                                      ANALISA TORRES
                                United States District Judge