```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Theodosia Billie Streets,

                                  **Plaintiff,**

        -against-

Daniel Mangena a/k/a Lindani Mangena, and Dreamer HQ Inc.,

                                  **Defendants.**

1:23-cv-10648 (AT) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court having reviewed Plaintiff's motion for a default judgment (Mot. for Default J., ECF No. 78), it is hereby ORDERED that, if Plaintiff believes that, under applicable law, Plaintiff is entitled to attorneys' fees,[1] then no later than January 28, 2025, Plaintiff's counsel shall file a supplemental submission setting forth the basis for the requested attorneys' fees. (*See* Mot. for Default J. at 1, 21.)

Plaintiff's request for attorneys' fees must be supported by contemporaneous time records showing, for each attorney, the date of service, the hours expended and the nature of the work performed. Counsel also shall provide the number of years they have been admitted to the bar and their hourly rate.

---

[1] "Under the American Rule[,] it is well established that attorney[s'] fees are not ordinarily recoverable in the absence of a statute or enforceable contract providing therefor." *U.S. Fid. & Guar. Co. v. Braspetro Oil Servs. Co.*, 369 F.3d 34, 74 (2d Cir. 2004) (citations and internal quotation marks omitted).

**SO ORDERED.**

Dated: New York, New York
       January 14, 2025

_____
STEWART D. AARON
United States Magistrate Judge

2