```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/08/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Theodosia Billie Streets,

                 Plaintiff,

-against-

Daniel Mangena a/k/a Lindani Mangena, and Dreamer HQ Inc.,

                 Defendants.

1:23-cv-10648 (AT) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Pending before the Court are Plaintiff's motion for a default judgment against Daniel Mangena, a/k/a Lindani Mangena, and Dreamer HQ Inc. ("Defendants") (Pl.'s 1/13/25 Mot., ECF No. 78), and Plaintiff's supplemental memorandum (Pl.'s 2/24/25 Suppl. Mem., ECF No. 83.) Both documents (and their attachments) were served upon Defendants by Plaintiff via email. (*See* Certs. Of Service, ECF Nos. 79 & 84.)

It is hereby ORDERED that Defendants shall send to Plaintiff's counsel and file with the Court their responses, if any, to Plaintiff's motion and supplemental memorandum no later than February 21, 2025.

It is further ORDERED that, no later than Monday, February 10, 2025, Plaintiff shall serve via email a copy of this Order on Defendants and file proof of service on the ECF docket.

**SO ORDERED.**

Dated:     New York, New York
            February 8, 2025

                                                          */s/ Stewart D. Aaron*
                                                          STEWART D. AARON
                                                          United States Magistrate Judge