```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODOSIA BILLIE STREETS,

                Plaintiff,

-against-

DANIEL MANGENA a.k.a. LINDANI MANGENA, and DREAMER HQ, INC.,

                Defendants.

23 Civ. 10648 (AT) (SDA)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

      Plaintiff, Theodosia Billie Streets, filed this action on December 6, 2023, asserting claims of fraud, fraudulent inducement, breach of contract, and unjust enrichment against Defendants, Daniel Mangena and Dreamer HQ, Inc. ("Dreamer HQ"). *See generally* ECF No. 1. On September 19, 2024, the Clerk of Court issued a certificate of default as to Dreamer HQ. ECF No. 66. By order dated November 8, 2024, the Court struck Mangena's answer for failure to comply with court orders and directed the Clerk of Court to issue a certificate of default as to Mangena, which the Clerk issued on November 12. ECF Nos. 72, 74. Before the Court is Streets' motion for entry of a default judgment against Defendants. ECF No. 78.

      After careful consideration, the Honorable Stewart D. Aaron issued a report (the "R&R") recommending that the Court grant Streets' motion in part, deny the motion in part, and enter a judgment of default against Defendants. *See generally* R&R, ECF No. 87. Although the R&R notified the parties of their right to object to the R&R, no objections were filed and the time to do so has now passed. *See* R&R at 16; Fed. R. Civ. P. 72(b)(2). Because no objection was made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014); *Urena v. New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001). The Court finds no clear error in Judge Aaron's thorough and well-reasoned R&R.

      Accordingly, the Court ADOPTS Judge Aaron's R&R in its entirety. Streets' motion at ECF No. 78 is GRANTED IN PART and DENIED IN PART. The Clerk of Court is respectfully directed to enter judgment for Streets against Mangena and Dreamer HQ, jointly and severally, in the amount of $140,890.00 in compensatory damages, plus pre-judgment interest at the rate of nine percent per annum from September 17, 2022, until the date on which judgment is entered. Streets is further awarded punitive damages against Mangena and Dreamer HQ, jointly and severally, in the amount of $281,780.00, as well as costs in the amount of $405.00. Upon entering judgment, the Clerk of Court is respectfully directed to close the case.

      SO ORDERED.

Dated: March 18, 2025
       New York, New York

                                               ANALISA TORRES
                                        United States District Judge