**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
THEODOSIA BILLIE STREETS,

                    Plaintiff,                                23 **CIVIL** 10648 (AT)(SDA)

          -against-                                          **JUDGMENT**

DANIEL MANGENA a.k.a. LINDANI
MANGENA, and DREAMER HQ, INC.,

                    Defendants.
------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated March 18, 2025, the Court adopts the Report &

Recommendation in its entirety. Streets' motion at ECF No. 78 is GRANTED IN PART and

DENIED IN PART. Judgment is entered for Streets against Mangena and Dreamer HQ, jointly

and severally, in the amount of $140,890.00 in compensatory damages, plus pre-judgment

interest at the rate of nine percent per annum from September 17, 2022, until the date on which

judgment is entered in the amount of $31,752.36. Streets is further awarded punitive damages

against Mangena and Dreamer HQ, jointly and severally, in the amount of $281,780.00, as well

as costs in the amount of $405.00; accordingly, the case is closed.

**Dated:**  New York, New York
          March 19, 2025

                                             **TAMMI M. HELLWIG**
                                             _____
                                                    **Clerk of Court**

                              **BY:**

                                             _Nezam Dulel_
                                                    **Deputy Clerk**