**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Theodosia Billie Streets,** | |
| **Plaintiff,** | **1:23-cv-10648 (AT) (SDA)** |
| -against- | |
| **Daniel Mangena a/k/a Lindani Mangena, and Dreamer HQ Inc.,** | **ORDER** |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

Pending before the Court is Plaintiff's motion to compel non-party American Express Company ("American Express") to comply with a subpoena dated May 8, 2025.[1] (Pl.'s 8/19/25 Mot., ECF No. 90.) It is hereby ORDERED, as follows:

1. American Express shall respond to Plaintiff's motion no later than September 5, 2025. Any reply by Plaintiff shall be filed by September 12, 2025.

2. No later than Monday, August 25, 2025, Plaintiff shall serve on Defendants via email copies of her motion papers filed at ECF No. 90, as well as a copy of this Order, and file proof of service on the ECF docket.

3. No later than Monday, August 25, 2025, Plaintiff shall serve on American Express by first-class mail (addressed to American Express Company, 200 Vesey Street, NY, NY 10285, Attn: Lauren E. Seeger, Esq.) copies of her motion papers filed at ECF No. 90, as well as a copy of this Order, and file proof of service on the ECF docket.

---

[1] A copy of the subpoena is filed at ECF No. 90-2.

The undersigned's Chambers shall email a copy of this Order to Laureen E. Seeger, Esq., the Chief Legal Officer for American Express (laureen.e.seeger@aexp.com) and to Lauren Kathryn Handelsman, Esq., who appeared as counsel of record on behalf of American Express in a subpoena-related matter in this Court, *In re: Ex parte Application of Tracey Amon*, 22-CV-10248 (lhandelsman@binderschwartz.com).

**SO ORDERED.**

Dated:   New York, New York
         August 20, 2025

_____
STEWART D. AARON
United States Magistrate Judge